UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN GUILLEN,

        Plaintiff,

    v.

MARTINEZ, et al.,

        Defendants.

Case No. 17-cv-02572-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events that occurred at the R. J. Donovan Correction Facility, which lies in the Southern District of California. Accordingly, this action is TRANSFERRED to the Southern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, in the Southern District. *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** May 5, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

1
2
3
4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7   JUAN GUILLEN,                          Case No.  17-cv-02572-JCS

                    Plaintiff,
8
                                           **CERTIFICATE OF SERVICE**
9           v.

10  MARTINEZ, et al.,

                    Defendants.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13  District Court, Northern District of California.

14          That on May 5, 2017, I SERVED a true and correct copy(ies) of the attached, by placing
    said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
15  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.
16

17  Juan  Guillen ID: ID: T-57240
    Salinas Valley State Prison
18  P.O. Box 1050
    Soledad, CA 93960
19

20

21  Dated: May 5, 2017

22

23                                         Susan Y. Soong
                                           Clerk, United States District Court
24

25                                         By:_ *Karen L. Hom*____
                                           Karen Hom, Deputy Clerk to the
26                                         Honorable JOSEPH C. SPERO

27

28
                                           2